# SENTENCING

Date: 06/01/2012                                                                Judge: Trenga
                                                                                Reporter: R. Montgomery
                                                                                Start: 9:18 a.m.
                                                                                End: 9:46 a.m.

UNITED STATES OF AMERICA                             Case Number: 1:11CR00556-001
        v.
Rances Ulices Amaya

Counsel/Gov't: G. Zachary Terwilliger/Michael Frank    Counsel/Deft: Michael Arif/Melissa Sanchez

Court adopts PSI  ☒ without exceptions  ☐ with exceptions: Gov't requests a sentence of Life imprisonment.

**SENTENCING GUIDELINES:**

Offense Level: 42                                                                ☒ Mandatory Min.

Criminal History: VI
Imprisonment Range:        Ct. 1:  60 months
                           Cts. 2 – 4:  360 months to Life
Supervised Release Range:  Ct. 1:  1 to 3 years
                           Cts. 2 – 4:  5 years
Fine Range: $25,000.00 - $250,000.00
Restitution: N/A

Special Assessment $400 ($100 as to each Ct)   ☐ Satisfied   ☒ Unsatisfied, due immediately

**JUDGMENT OF THE COURT:**
Ct. 1: BOP for __60__ months                    **TOTAL: 600 months w/ credit for time served**
Cts. 2 – 4: BOP for __600__ Months as to each Ct. – all counts Concurrent
Ct. 1: Supervised Release for: __5__ Years w/ special conditions   **TOTAL: Life**
Cts. 2 – 4: Supervised Release for: __Life__ as to each Ct. - all counts Concurrent

☒ Fine/costs of incarceration waived

**SPECIAL CONDITIONS:**
1) The deft shall pay any past due child support as ordered by any social service agency or court of competent jurisdiction.
2) The deft shall participate in substance abuse testing and treatment as directed.
3) The deft shall undergo a mental health evaluation and shall participate in mental health treatment as directed, which may include sex offender and anger management treatment.
4) The deft shall waive all rights of confidentiality regarding drug treatment and sex offender/mental health treatment to allow the release of information to the probation officer and authorize communication between the PO and the treatment provider.
5) Pursuant to the Adam Walsh Child Protection and Safety Act of 2006, the deft shall register w/ the state sex offender registration agency in any state where he resides, is employed, carries on a vocation, or is a student, according to Federal and State law.

Case 1:11-cr-00556-AJT Document 51 Filed 06/01/12 Page 2 of 2 PageID# 343

1:11CR00556 – USA v. Rances Ulices Amaya                                                                Page 2
Sentencing Minutes Cont'd….

6) The deft shall have no contact w/ MS-13 gang members or any victims or witnesses from this case.

- Deft advised of Right to Appeal – must be filed w/in 14 days.

Deft:  ☒ Remanded     ☐ Continued on Bond to Voluntary Surrender     ☐ Referred to USPO